# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 04-cr-00051-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  STANLEY POWELL,

    Defendant.

## MINUTE ORDER[1]

    Defendant's Motion to Disqualify Voluntarily as Judge [#83], filed June 13, 2006, is DENIED as moot.   This case is on appeal and currently there are no pending motions before this court.

Dated: July 5, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.